UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>BRYAN PAUL TAMBLYN,<br>Defendant. | No. 2:20-cr-00014-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |
|---|---|

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release BRYAN PAUL TAMBLYN;

Case No. 2:20-cr-00014-KJM, from custody for the following reasons:

   X   Bail Posted in the Sum of $ 50,000, and all available equity in homes of Jerome Espinosa and Richard Espinosa, Sr.

      X   $50,000 Unsecured Appearance Bond Co-Signed by Sheri Placencia and Pedro Placencia

      X   Secured Appearance Bond, Secured by All Available Equity in the Homes of Jerome Espinosa and Richard Espinosa, Sr.

      X   Third-Party Custody of Sheri Placencia, Jerome Espinosa, and Richard Espinosa, Sr.

   X   (Other): The defendant's release shall be delayed until posting of the secured bond, at which time the defendant will be released at 9:00 AM the next business day directly from the custody of the U.S. Marshal's Office to the Pretrial Services Office.

Issued at Sacramento, California on  3/3/20 , at  11:22 am

_____
Kimberly J. Mueller
United States Chief District Judge