UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:20-cr-00014-KJM |
| Plaintiff, | |
| v. | ORDER ON REQUEST FOR TEMPORARY RELEASE |
| BRYAN PAUL TAMBLYN, | |
| Defendant. | |

  The defendant, BRYAN PAUL TAMBLYN, who is currently on pre-trial release subject to conditions including home detention, requests an order from this Court temporarily modifying the conditions of his release to permit his attendance at a family gathering on Friday, May 8, 2020.  ECF No. 33.  Defendant acknowledges that the celebration he wishes to attend will bring together under one roof family members who reside in different households.  Id.

  In light of the COVID-19 pandemic, both the Sacramento County Public Health Officer and the Governor of California have ordered all residents to stay at home—meaning in their own residences—except for designated essential activities that do not include family celebrations. Under normal circumstances, the undersigned would not hesitate to give defendant permission to attend his brother's birthday party.  But these are not normal circumstances.  The public health directives to "stay at home" are not recommendations, they are orders.  The court understands that Mr. Tamblyn and his family members believe that the party poses little risk to their health, but

decisions about COVID-19 risk are not matters for individual determination so long as public health orders are in place.  The court will not modify the terms of defendant's pretrial release to accommodate contravention of those orders.

Accordingly, the motion to modify conditions of release, ECF No. 33, is hereby DENIED.

DATED: May 4, 2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE