1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MEGAN T. HOPKINS, #294141
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax: 916-498-5710

5  Attorney for Defendant
   BRYAN PAUL TAMBLYN
6

7              IN THE UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,        )  Case No.  2:20-cr-00014-KJM
10                                   )
              Plaintiff,             )  STIPULATION FOR TEMPORARY
11                                   )  MODIFICATION OF CONDITIONS OF PRETRIAL
   vs.                               )  RELEASE; [PROPOSED] ORDER
12                                   )
   BRYAN PAUL TAMBLYN,               )  Hon.  Edmund F. Brennan
13                                   )
              Defendant.             )
14                                   )
                                     )
15

16         The defendant, BRYAN PAUL TAMBLYN, by and through his attorney of record,

17  Assistant Federal Defender Megan T. Hopkins, and the UNITED STATES, by and through its

18  attorney of record, Christina McCall, hereby stipulate to and request an order from this Court

19  temporarily modifying the conditions of Mr. Tamblyn's pretrial release to permit him to attend a

20  family memorial event honoring his late grandmother, and releasing her ashes at Dillon Beach,

21  CA, which is outside of the electronic monitoring zone.

22         Mr. Tamblyn is currently on pretrial release in this district on a $50,000 unsecured

23  appearance bond, as well as an appearance bond secured by deeds of trust and co-signed by his

24  uncle, Jerome Espinosa and grandfather, Richard Espinosa.  *See* Dkt. 26 (unsecured appearance

25  bond) and Dkt. 29 (appearance bond secured by deeds of trust).  Additionally, Mr. Tamblyn has

26  three (3) appointed third party custodians: Richard Espinosa, Sr., Jerome Espinosa, and Sheri

27  Placencia.

28

   Stipulation for Temporary Modification of
   Conditions of Pretrial Release; [Proposed] Order

1      Mr. Tamblyn is in compliance with his conditions of release.  One of those conditions of

2   release is location monitoring.  Mr. Tamblyn is subject to home detention, and therefore must

3   remain inside his residence at all times except for employment; education; religious services;

4   medical, substance abuse, or mental health treatment; attorney visits; court appearances; court

5   ordered obligations; or other activities pre-approved by the pretrial services officer[1].

6      Mr. Tamblyn requests, and the parties agree and so stipulate, that his Conditions of

7   Release be temporarily amended to specifically permit him to attend a family memorial event

8   honoring his late grandmother, and releasing her ashes at Dillon Beach, CA.  The family

9   anticipates driving to Dillon Beach, CA in the mid-morning on Saturday, June 6, 2020, and

10  returning in the late afternoon or early evening.  The family plans to gather at Dillon Beach to

11  release Mr. Tamblyn's grandmother's ashes, per her wishes, and share memories and prayers in

12  memorial.  It is undetermined how long the event will last, but is not expected to exceed a few

13  hours.  After the memorial, the family hopes to share a meal at a local restaurant, if they are able

14  to find seating availability given the current restrictions for dining establishments.  After dinner,

15  the family plans to return to their homes in Sacramento, CA.

16     The travel time for a return trip to/from Dillon Beach, CA is approximately five (5)

17  hours.  Allowing some additional time for traffic and the time set aside for the memorial and

18  family meal, the parties request a temporary modification of pretrial conditions to permit Mr.

19  Tamblyn's release from the monitor between 9:00 a.m. and 8:00 p.m. on Saturday, June 6, 2020.

20  Mr. Tamblyn will travel to and from the memorial event in the company of a third party

21  custodian, and will be in the presence of a third party custodian throughout the event and at the

22  family dinner to follow.  Mr. Tamblyn will not deviate from the above-listed itinerary and if he

23  returns prior to 8:00 p.m. will immediately return to his residence in the company of a third party

24  custodian.

25

26

27  [1] Pretrial services interprets this condition to only permit their approval of other activities which are deemed
    "essential," with all other activities requiring the approval of the Court. The pretrial services officer who supervises
28  Mr. Tamblyn advised defense counsel that this specific request would require the approval of the Court, because it is
    not considered an "essential" activity.

Stipulation for Temporary Modification of
Conditions of Pretrial Release; [Proposed] Order

1        The proposed temporarily amended condition is attached to this request. The parties do

2    not request a hearing in this matter in light of this stipulation.

3

4                                Respectfully submitted,

5    DATED: June 3, 2020                HEATHER E. WILLIAMS

6                                Federal Defender

7                                */s/ Megan T. Hopkins*
         MEGAN T. HOPKINS
8                                Assistant Federal Defender
9                                Attorney for BRYAN PAUL TAMBLYN

10

11   DATED: June 3, 2020                MCGREGOR SCOTT

12                               United States Attorney

13                               */s/ Christina McCall*
         CHRISTINA MCCALL
14                               Assistant United States Attorney
15                               Attorney for the United States

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation for Temporary Modification of
Conditions of Pretrial Release; [Proposed] Order

1

## [~~PROPOSED~~] ORDER

2

3       GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the

4   Special Conditions of Release for defendant, Bryan Paul Tamblyn, be Temporarily Amended

5   such that the he is permitted to attend a family memorial event in Dillon Beach, CA between the

6   hours of 9:00 a.m. and 8:00 p.m. on Saturday, June 6, 2020.  Mr. Tamblyn shall travel to and

7   from the event in the presence of a third-party custodian and shall be in the presence of a third

8   party custodian for the duration of the time he is outside of the location monitoring zone.  Mr.

9   Tamblyn shall not deviate from the following itinerary: 1) travel to and from Dillon Beach, CA;

10  2) attendance at the family memorial for Mr. Tamblyn's grandmother; 3) attendance at a family

11  meal following the memorial. If Mr. Tamblyn returns from the event prior to 8:00 p.m. he shall

12  immediately return to the approved residence.  All other conditions of pretrial release shall

13  remain in force.

14      The Temporary Amended Special Condition of Release is hereby adopted.

15  DATED: June 3, 2020

16

17                                    _____
                                      HON. EDMUND F. BRENNAN
18                                    United States Magistrate Judge

19

20

21

22

23

24

25

26

27

28

Stipulation for Temporary Modification of
Conditions of Pretrial Release; [~~Proposed~~] Order