HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
BRYAN PAUL TAMBLYN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00014-KJM |
| Plaintiff, | STIPULATION FOR TEMPORARY MODIFICATION OF CONDITIONS OF PRETRIAL RELEASE; ORDER |
| vs. | |
| BRYAN PAUL TAMBLYN, | Hon. Kendall J. Newman |
| Defendant. | |

The defendant, BRYAN PAUL TAMBLYN, by and through his attorney of record, Assistant Federal Defender Megan T. Hopkins, and the UNITED STATES, by and through its attorney of record, Christina McCall, hereby stipulate to and request an order from this Court temporarily modifying the conditions of Mr. Tamblyn's pretrial release to permit him to access the internet for the purposes of completing an online mitigation profile on a computer at the Federal Defender's Office, in the presence of defense counsel. Mr. Tamblyn's pretrial officer approves of this stipulated temporary modification.

Mr. Tamblyn is currently on pretrial release in this district on a $50,000 unsecured appearance bond, as well as an appearance bond secured by deeds of trust and co-signed by his uncle, Jerome Espinosa and grandfather, Richard Espinosa. *See* Dkt. 26 (unsecured appearance bond) and Dkt. 29 (appearance bond secured by deeds of trust). Additionally, Mr. Tamblyn has three (3) appointed third party custodians: Richard Espinosa, Sr., Jerome Espinosa, and Sheri Placencia.

1	Mr. Tamblyn is in compliance with his conditions of release.  One of those conditions of release is that Mr. Tamblyn not access the internet.  Mr. Tamblyn requests, and the parties agree and so stipulate, that his Conditions of Release be temporarily amended to specifically permit him to access the internet while at the Federal Defender's Office, in the presence of his attorney or another Federal Defender staff member on his defense team, for the limited purpose of completing an online mitigation profile.  The mitigation profile can only be completed through a web-based program that requires use of the internet.  The Federal Defender's Office has arranged for the reservation of a conference room in which an office-supplied laptop will be placed for Mr. Tamblyn's use in completing the profile.  The laptop screen will be in the view of defense counsel or another Federal Defender staff member, should defense counsel become unavailable at any time during the appointment, while Mr. Tamblyn is using the laptop.

The program instructions for the mitigation profile estimate that completing all questions will take between two (2) and four (4) hours, and defense counsel requests an additional hour to discuss the profile with Mr. Tamblyn once it is completed.  An appointment has been tentatively scheduled for September 16, 2020 from 1:00 pm – 5:30 pm for completion of the profile and a meeting between Mr. Tamblyn and defense counsel. Upon receipt of the Court's approval, defense counsel will arrange with the pretrial services officer to excuse Mr. Tamblyn from the location monitor home detention condition from 12:15 pm – 6:30 pm to permit enough time for the appointment, and travel to and from the Federal Defender's Office.  If Mr. Tamblyn completes the profile in a shorter timeframe and the appointment concludes early, defense counsel will advise the pretrial services officer by email and Mr. Tamblyn will return home directly from the Federal Defender's Office.

/ / /

/ / /

/ / /

/ / /

/ / /

The proposed order temporarily amending the condition is attached to this request. The parties do not request a hearing in this matter in light of this stipulation.

Respectfully submitted,

DATED: September 3, 2020        HEATHER E. WILLIAMS
Federal Defender

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for BRYAN PAUL TAMBLYN

DATED: September 3, 2020        MCGREGOR SCOTT
United States Attorney

*/s/ Christina McCall*
CHRISTINA MCCALL
Assistant United States Attorney
Attorney for the United States

# ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the Special Conditions of Release for defendant, Bryan Paul Tamblyn, be Temporarily Amended such that on September 16, 2020 between 1:00 p.m. and 5:30 p.m., he is permitted to access the internet for the limited purpose of completing a mitigation profile on a web-based program arranged by defense counsel, on a laptop provided by the Federal Defender's Office, in the presence of defense counsel or another Federal Defender staff member. All other conditions of pretrial release shall remain in force.

The Temporary Amended Special Condition of Release is hereby adopted.

Dated:  September 3, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE