1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MEGAN T. HOPKINS, #294141
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, CA 95814
   Telephone: 916-498-5700/Fax: 916-498-5710**Error! Bookmark not defined.**
5
   Attorneys for Defendant
6  BRYAN PAUL TAMBLYN

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              Case No.  2:20-cr-0014-DJC

12              Plaintiff,                 STIPULATION TO SET STATUS
                                           CONFERENCE/CHANGE OF PLEA
13  vs.                                    HEARING; ORDER

14  BRYAN PAUL TAMBLYN,                    DATE:   June 1, 2023
                                           TIME:   9:00 a.m.
15              Defendant.                 JUDGE: Hon. Daniel J. Calabretta

16

17

18          IT IS HEREBY STIPULATED by and between the parties hereto through their

19  respective counsel, that the case be scheduled for a status conference that is anticipated to

20  convert to a change of plea hearing on **June 1, 2023, at 9:00 a.m.**

21          This matter was reassigned to the Honorable Daniel J. Calabretta on April 4, 2023.  The

22  previously set hearings and trial date were vacated and the parties were directed to confer and

23  reschedule for a future date.  Dkt. at 106.  The parties request a status conference be set for June

24  1, 2023, with the hopes of converting the hearing to a change of plea if a resolution agreement

25  can be reached, or in the alternative Mr. Tamblyn elects to plead without an agreement.  Counsel

26  for both parties are currently conducting legal research and evaluating facts to determine whether

27  two Sentencing Guidelines offense characteristics apply.  Based upon that research and

28  evaluation, defense counsel needs time to meet with her client to discuss the options available to

    him.

1       Based upon the foregoing, the parties agree that the ends of justice are served by resetting

2   the change of plea hearing outweigh the best interest of the public and the defendant in a speedy

3   trial.  Therefore the parties agree that time is excludable through June 1, 2023, pursuant to 18

4   U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

5

6                                       HEATHER E. WILLIAMS
                                        Federal Defender

7   DATED: April 17, 2023                     */s/ Megan T. Hopkins*

8                                       MEGAN T. HOPKINS
                                        Assistant Federal Defenders

9                                       Attorneys for Defendant
                                        BRYAN PAUL TAMBLYN

10

11                                      Respectfully submitted,

12                                      PHILLIP A. TALBERT
                                        United States Attorney

13

14  DATED: April 17, 2023                     */s/ Christina McCall*

15                                      CHRISTINA MCCALL
                                        Assistant United States Attorney

16                                      Attorney for Plaintiff

17

18

19

20

21

22

23

24

25

26

27

28

1

<u>**O R D E R**</u>

2

    **IT IS SO ORDERED** that a status conference regarding the defendant's change of plea

3

be set for **June 1, 2023, at 9:00 a.m.**

4

    The time through June 1, 2023, is excluded under the Speedy Trial Act pursuant to 18

5

U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the parties'

6

request outweigh the best interest of the public and the defendant in a speedy trial.

7

8

DATED:  April 17, 2023        /s/ Daniel J. Calabretta

9

              THE HONORABLE DANIEL J. CALABRETTA

10

              UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TAMBLYN: Stipulation and Order to Set S/C       -3-