HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700
Fax: 916-498-5710**Error! Bookmark not defined.**

Attorneys for Defendant
BRYAN PAUL TAMBLYN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>BRYAN PAUL TAMBLYN,<br><br>                    Defendants. | Case No.  2:20-cr-00014-DJC<br><br>STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING<br><br>DATE:   August 10, 2023<br>TIME:    9:00 a.m.<br>JUDGE: Hon. Daniel J. Calabretta |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the Change of Plea hearing scheduled for June 1, 2023, at 9:00 a.m. be continued to **August 10, 2023, at 9:00 a.m.**

The defense requests additional time to review discovery and conduct further research regarding the sentencing guidelines.  The parties and case agent have arranged for a secondary review of contraband materials at the FBI office in the coming weeks, and the defense is working diligently to wrap up outstanding legal research relevant to plea negotiations.  Defense counsel previously believed that a continuance to June 1, 2023, would allow sufficient time to conclude the outstanding tasks, however due to a medical condition counsel was unforeseeably delayed. Defense counsel anticipates that a continuance to August 10, 2023, will provide sufficient time to complete outstanding investigation and research such that a change of plea can proceed on that

date.

The parties agree that the ends of justice served by continuing the change of plea hearing date outweigh the best interest of the public and the defendant in a speedy trial. Therefore, the parties agree that time is excludable up to and including August 10, 2023, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

                                    Respectfully submitted,

                                    HEATHER E. WILLIAMS
                                    Federal Defender

DATED: May 24, 2023                    */s/ Megan T. Hopkins*
                                    MEGAN T. HOPKINS
                                    Assistant Federal Defender
                                    Attorneys for Defendant
                                    BRYAN PAUL TAMBLYN


                                    PHILLIP A. TALBERT
                                    United States Attorney

DATED:  May 24, 2023                   */s/ Christina McCall*
                                    CHRISTINA MCCALL
                                    Assistant United States Attorney
                                    Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED** that the change of plea hearing currently scheduled for June 1, 2023, at 9:00 a.m. is hereby continued to **August 10, 2023, at 9:00 a.m.** The time period between June 1, 2023, and August 10, 2023, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated: May 24, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE