| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| 2 | Federal Defender<br>MEGAN T. HOPKINS, #294141 |
| 3 | Assistant Federal Defender<br>801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814<br>Telephone: 916-498-5700 |
| 5 | Fax: 916-498-5710 |
| 6 | Attorneys for Defendant<br>BRYAN PAUL TAMBLYN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRYAN PAUL TAMBLYN,<br><br>Defendant. | Case No.  2:20-cr-00014-DJC<br><br>**STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING**<br><br>DATE:   September 28, 2023<br>TIME:    9:00 a.m.<br>JUDGE: Hon. Daniel J. Calabretta |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the status conference scheduled for August 10, 2023, at 9:00 a.m. be continued to **September 28, 2023, at 9:00 a.m.** for a Change of Plea.

   The government has conveyed an offer to resolve this matter which Mr. Tamblyn wishes to accept. The parties will require a brief continuance in order to finalize and execute a plea agreement, and for Mr. Tamblyn to address some personal matters prior to an anticipated remand into custody following his change of plea. The requested continuance will provide sufficient time for the parties to execute the plea agreement and provide a copy to the Court prior to the change of plea, for the defense to conclude any outstanding investigation and preparation for the change of plea, and for Mr. Tamblyn to address any outstanding personal matters.

   The parties agree that the ends of justice served by setting the Change of Plea hearing on

September 28, 2023, allowing for defense review of the written plea agreement, completion of any outstanding discovery review and defense investigation, and finalization of plea negotiations, outweigh the best interest of the public and the defendant in a speedy trial. Therefore, the parties agree that time is excludable up to and including September 28, 2023, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: August 7, 2023

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorneys for Defendant
BRYAN PAUL TAMBLYN


PHILLIP A. TALBERT
United States Attorney

DATED:  August 7, 2023

*/s/ Christina McCall*
CHRISTINA MCCALL
Assistant United States Attorney
Attorney for Plaintiff

# O R D E R

**IT IS SO ORDERED** that the status conference currently scheduled for August 10, 2023, at 9:00 a.m. is hereby continued to **September 28, 2023, at 9:00 a.m.** for a Change of Plea hearing.  The time period between August 10, 2023, and September 28, 2023, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  August 7, 2023                    /s/ Daniel J. Calabretta
                                          THE HONORABLE DANIEL J. CALABRETTA
                                          UNITED STATES DISTRICT JUDGE