HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700
Fax: 916-498-5710
Megan_hopkins@fd.org

Attorney for Defendant
BRYAN PAUL TAMBLYN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRYAN PAUL TAMBLYN,<br><br>Defendant. | Case No.  2:20-cr-00014-DJC<br><br>STIPULATION FOR TEMPORARY MODIFICATION OF CONDITIONS OF PRETRIAL RELEASE; ORDER<br><br>Hon.  Carolyn K. Delaney |

The defendant, BRYAN PAUL TAMBLYN, by and through his attorney of record, Assistant Federal Defender Megan T. Hopkins, and the UNITED STATES, by and through its attorney of record, Christina McCall, hereby stipulate to and request an order from this Court temporarily modifying the conditions of Mr. Tamblyn's pretrial release to permit him to attend a family pizza and movie night at his mother's home in Sacramento, CA on Friday, September 1, 2023 from 7:00 p.m. – 11:00 p.m..  The parties have conferred with Mr. Tamblyn's assigned pretrial services officer, who approves of this stipulated modification.

Mr. Tamblyn has been on pretrial release in this district since February 2020, on a $50,000 unsecured appearance bond as well as an appearance bond secured by deeds of trust and co-signed by his uncle, Jerome Espinosa and grandfather, Richard Espinosa.  *See* Dkt. 26 (unsecured appearance bond) and Dkt. 29 (appearance bond secured by deeds of trust).

Additionally, Mr. Tamblyn has three (3) appointed third party custodians: Richard Espinosa, Sr., Jerome Espinosa, and Sheri Placencia.

Mr. Tamblyn is in compliance with all of his conditions of release. One of those conditions of release is location monitoring. Mr. Tamblyn is subject to curfew, and therefore must remain inside his residence between the hours of 8:00 p.m. and 8:00 a.m. except for pre-approved employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other activities authorized by the pretrial services officer[1].

Mr. Tamblyn requests, and the parties agree and so stipulate, that his Conditions of Release be temporarily amended to specifically permit him to attend the family gathering at his mother's home in Sacramento, CA, that is expected to conclude at 11:00 p.m. on Friday, September 1, 2023. The guests will include Mr. Tamblyn's parents, siblings, uncles and aunts, and his minor niece, who will be accompanied by her parents. The pretrial officer has advised that she has spoken to the minor's parents, who have confirmed their understanding of Mr. Tamblyn's case and pretrial release conditions.

Mr. Tamblyn's mother's home is (approximately) a 30-minute drive from Mr. Tamblyn's residence in Elk Grove, CA. Allowing some additional time for cleanup and traffic, the parties request a temporary modification of pretrial conditions to permit Mr. Tamblyn to return home by 11:59 p.m. on Friday, September 1, 2023. Mr. Tamblyn will return directly to his residence at the conclusion of the gathering.

/ / /

/ / /

/ / /

/ / /

---

[1] Pretrial services interprets this condition to only permit their approval of other activities which are deemed essential, with all other activities requiring the approval of the Court. The pretrial services officer who supervises Mr. Tamblyn advised defense counsel that this specific request should be submitted to the Court for approval, in the form of a stipulation by the parties.

The proposed temporarily amended condition is attached to this request. The parties do not request a hearing in this matter in light of this stipulation.

Respectfully submitted,

DATED: August 29, 2023

HEATHER E. WILLIAMS
Federal Defender

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for BRYAN PAUL TAMBLYN

DATED: August 29, 2023

PHILLIP A. TALBERT
United States Attorney

*/s/ Christina McCall*
CHRISTINA MCCALL
Assistant United States Attorney
Attorney for the United States

Stipulation for Temporary Modification of
Conditions of Pretrial Release; Order

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the Special Conditions of Release for defendant, Bryan Paul Tamblyn, be Temporarily Amended such that he is permitted to attend a family gathering at his mother's home in Sacramento, CA and return to his residence no later than 11:59 p.m. on Friday, September 1, 2023.  Mr. Tamblyn shall not be in the presence of any juveniles or minors unless that juvenile or minor's parent or guardian is also present.  All other conditions of pretrial release shall remain in force.

The Temporary Amended Special Condition of Release is hereby adopted.

Dated:  August 29, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE